George A. Molitor, as Trustee in Bankruptcy of Charles Wenz, Inc., Respondent, v. Harry Schneider, Appellant.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

George Pennell, Respondent, v. Queens Land and Title Company and Fidelity and Deposit Company of Maryland, Appellants.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. James C. Cropsey, as District Attorney of Kings County, Appellant, v. William Townsend and Others, Individually and as the Board of Parole for State Prisons, Respondents.— Order affirmed. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred.

Charles Wetzel, Appellant, v. William E. Barhite, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.